# Exhibit A

**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| YOUNAS CHAUDHARY, | § | |
| | § | |
| Plaintiff, | § | CASE NO. 2020-cv-4058 |
| | § | |
| v. | § | (Upon removal from the 157th Judicial |
| | § | District Court, Harris County, Texas |
| ADT LLC, | § | Cause No. 2020-49549) |
| | § | |
| Defendant. | § | (JURY) |
| | § | |

**INDEX OF EXHIBITS**

| | |
|---|---|
| Index of Exhibits | **Exhibit A** |
| State Court Citation Corporate | **Exhibit B** |
| State Court Amended Petition | **Exhibit C** |
| State Court Docket Control Order | **Exhibit D** |
| State Court Docket Sheet | **Exhibit E** |
| List of All Counsel of Record | **Exhibit F** |

4813-2089-8771 v1